# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| STEVE BOLIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:18-CV-1052 NAB |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned after review of the file. The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). [Doc. 8.] On June 29, 2018, Plaintiff filed a Complaint seeking judicial review of an administrative decision that denied Plaintiff's application for disability insurance benefits and supplemental security income. On September 17, 2018, Defendant filed an Answer to the Complaint and a certified copy of the Administrative Record. [Docs. 10, 11.] Plaintiff filed a Brief in Support of the Complaint on January 21, 2019. [Doc. 20.] Defendant requested and received an extension of time until March 22, 2019 to file the Brief in Support of Answer.

As of the date of this Order, Defendant has not filed a Brief, nor has Defendant filed another Motion for an Extension of Time. Defendant's Brief is now past due. The undersigned therefore orders Defendant to show cause, in writing, the reasons for failure to file the Brief in Support of Answer.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall show cause, in writing, the reasons for failure to file the Brief in Support of Answer no later than **April 15, 2019**.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of April, 2019.